IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cr21

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| BARRY HOWARD LANDRETH, | ) | |
| Defendant. | ) | |

Pending before the Court is the Government's Motion for Forfeiture of Property [# 15]. The Government moves for the entry of a Preliminary Order of Forfeiture substituting certain property for a portion of the money judgment previously entered against the defendants in this case. Upon a review of the Government's motion and the record, the Court **GRANTS** the motion [# 15]. The Court **DIRECTS** the Government to submit a proposed Preliminary Order of Forfeiture to chambers.

Signed: April 30, 2014

Dennis L. Howell
United States Magistrate Judge

1