UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:13CR21

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BARRY HOWARD LANDRETH, )<br>)<br>Defendant ) | ORDER RETURNING PROPERTY |

UPON the Motion of the Defendant for Return of Property and with the agreement of the United States and the Defendant, by and through counsel, the Court now enters the following:

Within three weeks of the entry of this Order, the United States' probation office shall arrange for the return of the following items of personal property of the Defendant:

-- one (1) Sony Viao laptop computer (light gray in color)

-- one (1) Sony Viao laptop computer (dark gray in color)

-- one (1) Samsung Galaxy S mobile phone with memory card

-- one (1) flash/thumb external storage drives (orange and/or black)

-- one (1) external hard drive (black, approximately 4 by 6 inches in size)

to the persons designated by the Defendant.

IT IS SO ORDERED

This the 7th day of December, 2015

MAX O. COGBURN, JR
UNITED STATES DISTRICT COURT JUDGE

1